United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jesus Gonzalez, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-22643-Civ-Scola |
| | ) | |
| LU INC., Defendant. | ) | |

**Order of Dismissal**

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 7.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on August 28, 2023.

_____
Robert N. Scola, Jr.
United States District Judge